UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS IN THE CASES LISTED IN ATTACHMENT A | CASE NO. _____<br><br>CHIEF MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS<br><br>UNDER SEAL |

## ORDER TO SEAL

Upon motion of the United States of America and for good cause shown, it is **ORDERED** that the Search and Seizure Warrants, Applications, Pen Registers, Non-Disclosure Orders, and related documents in the cases listed in Attachment A remain sealed, and the Clerk is instructed not to unseal the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A until January 31, 2020, or upon a motion by the United States and additional order by the Court.

_____
UNITED STATES MAGISTRATE JUDGE

## **ATTACHMENT A**

| | | | |
|---|---|---|---|
| 2:16-mj-581 | 2:17-mj-668 | 2:18-mj-442 | 2:19-mj-090 |
| 2:16-mj-582 | 2:17-mj-669 | 2:18-mj-443 | 2:19-mj-091 |
| 2:16-mj-587 | 2:17-mj-670 | 2:18-mj-444 | 2:19-mj-092 |
| 2:16-mj-588 | 2:17-mj-773 | 2:18-mj-445 | 2:19-mj-106 |
| 2:16-mj-589 | | 2:18-mj-465 | 2:19-mj-120 |
| 2:16-mj-590 | | 2:18-mj-477 | 2:19-mj-192 |
| 2:16-mj-592 | | 2:18-mj-478 | 2:19-mj-194 |
| 2:16-mj-593 | | 2:18-mj-500 | 2:19-mj-202 |
| 2:16-mj-594 | | 2:18-mj-501 | 2:19-mj-207 |
| 2:16-mj-601 | | 2:18-mj-522 | 2:19-mj-208 |
| 2:16-mj-603 | | 2:18-mj-768 | 2:19-mj-209 |
| 2:16-mj-627 | | | 2:19-mj-210 |
| | | | 2:19-mj-211 |
| | | | 2:19-mj-231 |
| | | | 2:19-mj-232 |
| | | | 2:19-mj-235 |
| | | | 2:19-mj-372 |
| | | | 2:19-mj-385 |
| | | | 2:19-mj-434 |
| | | | 2:19-mj-461 |
| | | | 2:19-mj-466 |
| | | | 2:19-mj-536 |